```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 41734
   JEFFREY K MALLARD
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-2508

------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 11/10/2004 and was confirmed 02/02/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was dismissed after confirmation 08/20/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------------
HOUSEHOLD FINANCIAL SERV  CURRENT MORTG           .00            .00            .00
KINECTA FEDERAL CREDIT U  SECURED              8507.50         779.81       8507.50
KINECTA FEDERAL CREDIT U  UNSECURED               .00            .00            .00
REGIONS MORTGAGE          CURRENT MORTG           .00            .00            .00
REGIONS MORTGAGE          MORTGAGE ARRE        3827.36           .00        3827.36
US BANK HOME MORTGAGE     CURRENT MORTG           .00            .00            .00
US BANK HOME MORTGAGE     MORTGAGE ARRE        4386.04           .00        4386.04
AMERICAN EXPRESS TRAVEL   UNSECURED            1318.56           .00        1210.68
ECAST SETTLEMENT CORP     UNSECURED            2087.19           .00        1916.43
CITY OF CHICAGO WATER DE  UNSECURED             488.26           .00         448.31
ECAST SETTLEMENT CORP     UNSECURED             674.42           .00         619.24
ECAST SETTLEMENT CORP     UNSECURED            6431.86           .00        5905.64
HOUSEHOLD FINANCE         UNSECURED          NOT FILED           .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED               .00            .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED          NOT FILED           .00            .00
AT & T BANKRUPCTY         UNSECURED             604.65           .00         555.19
RESURGENT ACQUISITION LL  UNSECURED            3101.27           .00        2847.54
HOUSEHOLD FINANCIAL SERV  MORTGAGE ARRE         178.49           .00         178.49
LEGAL HELPERS PC          DEBTOR ATTY         1,500.00                     1,500.00
TOM VAUGHN                TRUSTEE                                          1,832.77
DEBTOR REFUND             REFUND                                                .00

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE              34,515.00

PRIORITY                                          .00
SECURED                                     16,899.39
    INTEREST                                   779.81
UNSECURED                                   13,503.03

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 41734 JEFFREY K MALLARD
```

```
ADMINISTRATIVE                                              1,500.00
TRUSTEE COMPENSATION                                        1,832.77
DEBTOR REFUND                                                    .00
                                   ---------------   ---------------
TOTALS                                   34,515.00         34,515.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


```
                                /s/ Tom Vaughn
Dated: 11/19/08                 _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE
```

                              PAGE   2
        CASE NO. 04 B 41734 JEFFREY K MALLARD